# United States Court of Appeals for the Federal Circuit

November 16, 2006

ERRATA

Appeal No. 05-5158

KEVIN J. METZ V. UNITED STATES

Decided:  September 18, 2006                              Precedential Opinion

Please make the following change:

Page 9 line 26 after "this court" insert --in the panel portion of the opinion elaborated and--
Page 9 line 35 delete "(en banc portion)"
Page 10 line 6 delete "above language of our en banc"
Page 10 line 8 change "states" to --holds--